1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY LEE HEYE (State Bar No. 209366)
   BRIGID S. MARTIN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State bar No. 206699)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Telephone:  (415) 436-6660

7  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.  CR 06-0752 (PJH) |
|---|---|
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| v. | |
| D. JAMES SOGAS, | |
| Defendant. | DATE: December 13, 2006<br>TIME:  2:30 p.m.<br>COURT:  Hon. Phyllis J. Hamilton |

On November 16, 2006, the United States filed an Information charging D. James Sogas with participating in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of DRAM to be sold to certain OEM customers during various periods of time from April 1, 2001, until June 15, 2002 and agreeing with his coconspirators to coordinate bids to Sun Microsystems, Inc. on a 1 Gigabyte Next-Generation Dual In-Line Memory Module, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  D. James Sogas (the "Defendant") is scheduled for a change of plea and possible sentencing on December 13, 2006.  Defendant has agreed to waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C).  The United States and Defendant will file the Plea Agreement and a Joint Sentencing

Stip. for Expedited Sentencing
CR 06-752 PJH

1  Memorandum describing the material terms of the Plea Agreement and the agreed upon
2  sentencing recommendation.
3      IT IS HEREBY STIPULATED AND AGREED as follows:
4      The United States and Defendant request that the Court sentence Defendant on an
5  expedited basis pursuant to Crim. L.R. 32-1(b), on December 13, 2006.  The United States and
6  Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement
7  provide sufficient information for the Court to impose a sentence on December 13, 2006, the same
8  date as the change of plea hearing, without a presentence report.

DATED: December 8, 2006

Respectfully submitted,

| D. JAMES SOGAS | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| BY:_____ | BY: _____ |
| Leland B. Altshuler | Niall E. Lynch, CA No. 157959 |
| Attorney at Law | Nathanael M. Cousins, CA No. 177944 |
| 407 Sherman Avenue | May Lee Heye, CA No. 209366 |
| Palo Alto, CA   94306 | Brigid S. Martin, CA No. 231705 |
| Tel: (650) 328-7917 | Charles P. Reichmann, CA No. 206699 |
| Fax: (650) 327-9151 | Trial Attorneys |
| | U.S. Department of Justice |
| | Antitrust Division |
| | 450 Golden Gate Avenue |
| | Box 36046, Room 10-0101 |
| | San Francisco, CA 94102 |
| | Tel: (415) 436-6660 |
| | Fax: (415) 436-6687 |

1 Memorandum describing the material terms of the Plea Agreement and the agreed upon
2 sentencing recommendation.
3    IT IS HEREBY STIPULATED AND AGREED as follows:
4    The United States and Defendant request that the Court sentence Defendant on an
5 expedited basis pursuant to Crim. L.R. 32-1(b), on December 13, 2006. The United States and
6 Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement
7 provide sufficient information for the Court to impose a sentence on December 13, 2006, the same
8 date as the change of plea hearing, without a presentence report.

9 DATED: December 8, 2006
10 Respectfully submitted,

| D. JAMES SOGAS | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| BY: /s/ Leland B. Altshuler<br>Attorney at Law<br>407 Sherman Avenue<br>Palo Alto, CA 94306<br>Tel: (650) 328-7917<br>Fax: (650) 327-9151 | BY: _____<br>Niall E. Lynch, CA No. 157959<br>Nathanael M. Cousins, CA No. 177944<br>May Lee Heye, CA No. 209366<br>Brigid S. Martin, CA No. 231705<br>Charles P. Reichmann, CA No. 206699<br>Trial Attorneys<br>U.S. Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102<br>Tel: (415) 436-6660<br>Fax: (415) 436-6687 |

Stip. for Expedited Sentencing
CR 06-752 PJH                                    2

1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY LEE HEYE (State Bar No. 209366)
   BRIGID S. MARTIN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State Bar No. 206699)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Telephone:  (415) 436-6660

7  Attorneys for the United States

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA         )   Case No.   CR  06-752 PJH
                                     )
14              Plaintiff,           )   [~~PROPOSED~~]
                                     )   ORDER FOR EXPEDITED
15         v.                        )   SENTENCING UNDER L.R. 32-1(b)
                                     )
16                                   )
    D. JAMES SOGAS,                  )
17                                   )
                Defendant,           )
18  _____)

19

20         Based on the stipulation of the parties, and for good cause shown,

21  IT IS ORDERED that the Court will sentence defendant D. James Sogas on an expedited basis

22  pursuant to Crim. L.R. 32-1(b), on December 13, 2006, without need for a presentence report.

23
    Date: December  11, 2006
24

25

26                                              Phyllis J. Hamilton
                                                United States ~~Judge~~
27                                              IT IS SO ORDERED
                                                Judge Phyllis J. Hamilton
28

```
1  NIALL E. LYNCH (State Bar No. 157959)
2  NATHANAEL M. COUSINS (State Bar No. 177944)
   MAY LEE HEYE (State Bar No. 209366)
3  BRIGID S. MARTIN (State Bar No. 231705)
4  CHARLES P. REICHMANN (State Bar No. 206699)
   Antitrust Division
5  U.S. Department of Justice
   450 Golden Gate Avenue
6  Box 36046, Room 10-0101
7  San Francisco, CA  94102
   Telephone:  (415) 436-6660
8
9  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.   CR  06-752 PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| D. JAMES SOGAS, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Niall E. Lynch, certify:

 That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

Certificate of Service
CR 06-752 PJH

That on December 8, 2006, I sent by e-mail and United States mail a copy of the following pleadings to each of the parties listed in the foregoing Stipulation.

**1. Stipulated and [Proposed] Order for Expedited Sentencing**

**2. United States' And Defendants' Joint Sentencing Memorandum**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2006, at San Francisco, California.

_____
Niall E. Lynch

Certificate of Service
CR 06-180 PJH